UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JACOB V.,[1]

                                Petitioner,

Civil No. 24-4097 (JRT/DJF)

v.

FRANK BISIGNANO,
*Commissioner of Social Security*,

**ORDER ADOPTING REPORT AND RECOMMENDATION**

                                Defendant.

---

James H. Greeman, **GREEMAN TOOMEY**, 250 Second Avenue South, Suite 120, Minneapolis, MN 55401, for Petitioner.

Ana H. Voss, **UNITED STATES ATTORNEY'S OFFICE**, 300 south 4th Street, Suite 600, Minneapolis, MN 55415, and

Chris Carillo, Frank D. Tankard, James D. Sides, Sophie Doroba, **SOCIAL SECURITY ADMINISTRATION**, 6401 Security Boulevard, Baltimore, MN 21235, for the Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Dulce J. Foster dated October 31, 2025 (Docket No. [15]), along with all the files and records, and because no objections to the Report and Recommendation have been filed,

**IT IS HEREBY ORDERED** that:

    1. Plaintiff's Request for Relief (Docket No. [9]) be **DENIED**;

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in court filings in Social Security matters.

-2-

2. The Commissioner's Request for Relief (Docket Nos. [11], [12]) be **GRANTED**;

3. The Decision be **AFFIRMED**; and

4. Plaintiff's Complaint (Docket No. [1]) be **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: February, 3, 2026　　　　　　　　　　_____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　United States District Judge